*tiorari* vacated. *Mr. Cervoni Gely* for the petitioner. The respondent did not appear.

No. 657. THE PEOPLE, PLAINTIFF AND APPELLANT, *v.* AMARO, DEFENDANT AND RESPONDENT.—Appeal from the District Court of Humacao in a prosecution for embezzlement. Motion of *fiscal* withdrawing the appeal. Decided January 23, 1914. Motion sustained. *Mr. Charles E. Foote, fiscal,* for The People. The defendant did not appear.

No. 648. THE PEOPLE, RESPONDENT, *v.* MARRERO, APPELLANT.—Appeal from the District Court of San Juan, Section 2, in a prosecution for breach of the peace. Decided February 5, 1914. Judgment affirmed. *Mr. Charles E. Foote, fiscal,* for The People. *Mr. Ignacio Carballeira* for the appellant.

No. 1095. GARCÍA, PLAINTIFF AND APPELLANT, *v.* GARCÍA, DEFENDANT AND RESPONDENT.—Appeal from the District Court of San Juan, Section 2, in an action for divorce. Motion by the respondent for dismissal of the appeal. Decided February 11, 1914. Appeal dismissed for failure to file a transcript of the record. *Mr. Luis Llorens Torres* for the appellant. *Mr. T. D. Mott* for the respondent.

No. 654. THE PEOPLE, RESPONDENT, *v.* PEÑA, APPELLANT.— Appeal from the District Court of San Juan, Section 2, in a prosecution for aggravated assault and battery. Decided February 13, 1914. Judgment affirmed. *Mr. Charles E. Foote, fiscal,* for The People. The appellant did not appear.

No. 115. VÁZQUEZ, PETITIONER, *v.* CÓRDOVA DÁVILA, DISTRICT JUDGE, RESPONDENT.—Application for a writ of *certiorari* to the judge of the District Court of San Juan, Section 1, in foreclosure proceedings. Motion by the petitioner for leave